UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Case Number: 11-20025-CR-MARTINEZ

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

HECTOR PENA,

    Defendant.

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Report and Recommendation Pursuant to Order of Reference of the District Court Dated September 26, 2011. The Report and Recommendations issued by United States Magistrate Judge Peter R. Palermo, on October 5, 2011 **(D.E.#87),** recommends to this Court, that CJA Voucher #FLS 10-4722 be Granted and that Mr. Oscar Arroyave, Esquire be awarded a total sum of **$10,000.12** as fair and final compensation for his work on this case. The parties were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. Accordingly, the Court has considered the Report and Recommendation, the pertinent parts of the record, for the reasons stated in the Report of the Magistrate Judge, and upon independent review of the file and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that United States Magistrate Judge Peter R. Palermo's Report and Recommendation is hereby **ADOPTED and AFFIRMED.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 25 day of October, 2011.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge McAliley
Magistrate Judge Palermo
Oscar Arroyave, Esq
Lucy Lara, CJA Administrator